UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JACOB TONNA, an individual

    Plaintiff,

v.                                        Case No:   2:15-cv-469-FtM-38CM

GRAND C, INC. and ROBERT W. MIGNAULT,

    Defendants.
_____/

**ORDER**[1]

This matter comes before the Court on the Mediation Results Report (Doc. #29) filed on March 21, 2016.  Mediator Roger C. Benson advises that Defendant Robert W. Mignault did not appear at mediation because of illness, but that mediation took place and has been continued until after Defendant Mignault's health improves.  (Doc. #29).

Accordingly, it is now **ORDERED:**

The Court EXTENDS the mediation deadline to **July 8, 2016**, and DIRECTS the parties to file a joint notice on or before **April 5, 2016**, advising the Court as to the new date and time for the rescheduled mediation.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of March, 2016.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.